| | |
|---|---|
| **LARIMER COUNTY DISTRICT COURT**<br>**STATE OF COLORADO**<br><br>Court Address: 201 La Porte Avenue<br>         Fort Collins, CO  80521<br><br>Phone: 970-494-3500 | DATE FILED: March 31, 2023 4:09 PM<br>FILING ID: F99435AE69419<br>CASE NUMBER: 2023CV30240<br><br>**COURT USE ONLY** |
| *Plaintiffs*:<br><br>     JORGE CARDENAS and PATTY MICHEL<br><br>   v.<br><br>*Defendants*:<br><br>     CARL J. MOODY and J.B.C. INC. | |
| *Attorneys for Plaintiff*:<br>Greg P. Murphy, #54057<br>Metier Law Firm, LLC<br>4828 South College Avenue<br>Fort Collins, Colorado 80525<br>Telephone: 970-377-3800<br>Email: gregm@metierlaw.com | **Case Number:**<br><br>**Div.:** |
| **SUMMONS TO CARL J. MOODY** | |

THE PEOPLE OF THE STATE OF COLORADO

TO:  Carl J. Moody
      1270 Cole Road
      Cheyenne, WY  82009

  **YOU ARE HEREBY SUMMONED** and required to file with the clerk of this court an answer or other response to the attached complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within twenty-one (21) days after such service upon you. If, pursuant to a special order, a copy of the complaint is not served with the summons, or if the summons if served upon you outside the state of Colorado, or by publication, you are required to file your answer or other response within thirty-five (35) days after such service upon you.

  If you fail to file your answer or other response to the complaint in writing within the applicable time-period, judgment by default may be entered against you by the court for the relief demanded in the complaint without further notice.

**EXHIBIT B**

This summons is issued pursuant to Rule 4, C.R.C.P.

DATED: March 31, 2023

Respectfully Submitted,

**METIER LAW FIRM, LLC**

_____
Gregory P. Murphy, Atty. Reg. #54057
*Attorneys for Plaintiff*