| | |
|---|---|
| District Court, Larimer County, Colorado<br>201 LaPorte Avenue, Suite 100<br>Ft Collins, CO 80521-2761 | DATE FILED: March 31, 2023 4:20 PM<br>CASE NUMBER: 2023CV30240 |
| Plaintiff(s): JORGE CARDENAS and PATRICIA MICHEL<br><br>v.<br><br>Defendant(s): CARL MOODY and J.B.C. INC., | ▲ **COURT USE ONLY** ▲<br>Case Number: 2023CV30240<br><br>Courtroom: 3B |
| **NOTICE JUDICIAL CIVIL CASE MANAGEMENT** | |

All civil cases are subject to judicial screening and case management. This case is assigned to Judge JUAN VILLASENOR-3B. Trial will not be set until the Court determines that a trial setting is appropriate. Within 30-40 days of filing, your case will be reviewed and appropriate orders sent to counsel and pro se parties

It is imperative that all returns of service be filed promptly with the Court, so that the Court, when reviewing the case, can accurately assess its status.

Plaintiff's counsel shall provide a copy of this notice to all counsel (or pro se parties) who enter appearances.

The Civil Case Cover Sheet (JDF 601) required pursuant to C.R.C.P. 16.1 was to be included with your initial pleading. If it was not included, it must be filed within 14 days from the date of this notice.

Dated March 31, 2023.

*SJBlanco*
_____
Chief Judge Susan Blanco

Copies sent to:   ATP   via JPOD

Revised 12/20/19

**EXHIBIT E**