| | |
|---|---|
| **DISTRICT COURT<br>COUNTY OF LARIMER<br>STATE OF COLORADO** | |
| Plaintiffs,<br>**JORGE CARENAS and PATTY MICHEL,**<br>vs.<br>Defendant<br>**CARL J. MOODY and J.B.C. Inc.,** | DATE FILED: April 17, 2023 11:32 AM<br>FILING ID: 106B95DE55B45<br>CASE NUMBER: 2023CV30240<br><br>**COURT USE ONLY** |
| Day & Night Process Serving<br>PO Box 21015<br>Cheyenne, Wyoming 82003<br>(307) 634-7085 | **DOCKET NUMBER** 23-CV-30240<br><br>**CTRM/DIV:** |

## RETURN OF SERVICE

I, George Gliem of Day & Night Process Serving LLP hereby certify, that I am over the age of 21 years old; that I am not a party to the lawsuit; that I received the within **Summons to Carl J. Moody; District Court Civil (CV) Case Coversheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint and Jury Demand; and Complaint and Jury Demand** and served the same at **1270 Cole Road, Cheyenne, Wyoming on April 10, 2023 at 5:33 p.m.** by delivering a true, full and correct copy of the same, together with all endorsements to: **Carl Moody**.

1. **X**   Personally and in person
2. **X**   At usual place of abode
3. _____   At usual place of employment
4. _____   A person over the age of eighteen, residing at the usual place of abode of **Carl Moody**.
5. _____   An alternate location which is neither the residence or place of employment of **Carl Moody**.
6. _____   Upon an Attorney of record or other Agent for Service.
7. _____   Upon a corporation, by delivery of copies to their Registered Agent.
8. _____   A person in charge of, or chief executive officer thereof or to the secretary, clerk of its principal office, or place of business (Department or agency of the state, municipal or other public corporation.)

_____
George Gliem

Subscribed and sworn to before me this **17** day of April, 2023 by **George Gliem**.

_____
Notary Public

My Commission Expires: **NOV. 19, 2027**
Cost of Service:   $75.00
Client's Name:     Metier Law Firm

SAMANTHA GILLIAND
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 166293
MY COMMISSION EXPIRES: NOV 19, 2027

**EXHIBIT F**