| District Court, Larimer County, Colorado<br>201 LaPorte Avenue, Suite 100<br>Fort Collins, Colorado 80521 | |
|---|---|
| Plaintiff(s): JORGE CARDENAS and PATRICIA MICHEL<br><br>v.<br><br>Defendant(s): CARL MOODY and J.B.C. INC. | DATE FILED: April 3, 2023 3:47 PM<br>FILING ID: DD58898A3ACFC<br>CASE NUMBER: 2023CV30240<br><br>**COURT USE ONLY** |
| Attorney or Party Without Attorney (Name and Address): | Case Number: 2023CV30240 |
| Phone Number:  E-mail:<br>FAX Number:  Atty. Reg. #: | Division:  Courtroom: |

## RETURN OF SERVICE

Thomas A. Cromley, Affiant, declares under oath as follows:

1. That I am over the age of 18 years.
2. That I am not interested in or a party to this action.
3. That I personally served 1 copy each of SUMMONS; COMPLAINT AND JURY DEMAND; DISTRICT COURT CIVIL CASE COVER SHEET, upon J.B.C. INC., by personally handing said documents to ISELA CALDERON (Senior Client Service Specialist) for REGISTERED AGENT SOLUTIONS, INC. (Registered Agent), at the usual place of employment, located at, 36 South 18th Avenue, Suite D, Brighton, CO 80601, on April 3, 2023 at 10:15 a.m.

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on April 3, 2023, at

Denver, Colorado

_____
Thomas A. Cromley (affiant)

**EXHIBIT G**